

# NUMBERS 13-14-00006-CR AND 13-14-00007-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RAUL GARZA SALAZAR,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

### On appeal from the 445th District Court of Cameron County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellant, Raul Garza Salazar, has filed a "Motion to Abate Order Resolving to Decide Appeal Without Reporter's Record Until Trial Court Makes Decision on Indigency of Appellant." According to the motion, appellant has become indigent, has recently lost his job, and is without money to pay for the reporter's record.

After careful consideration, appellant's motion is GRANTED. We ABATE these appeals and REMAND these causes to the trial court for further proceedings. Upon remand, the trial court shall cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the following:

1. Whether appellant desires to prosecute these appeals;

2. Whether appellant is indigent;

3. Whether appellant is entitled to a free appellate record due to his indigency;

4. Whether appellant is entitled to appointed counsel or is proceeding with retained counsel, Larry Warner; and,

5. What orders if any, should be entered to assure the filing of appropriate notices and documentation to dismiss appellant's appeals if appellant does not desire to prosecute these appeals, or if appellant desires to prosecute these appeals, to assure that the appeals will be diligently pursued.

If the trial court determines that appellant does want to continue these appeals and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint counsel to represent appellant in these appeals. If counsel is appointed, the name, address, telephone number, email address and state bar number of the appointed counsel shall be included in the order of appointment.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record and shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and reporter's record, if any, shall be filed

2

with the Clerk of this Court on or before the expiration of thirty days from the date of this

order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of June, 2014.

3